United States District Court
Middle District of Florida
Jacksonville Division

**JOSHUA CACHO,**

    **Plaintiff,**

v.                                               **NO. 3:25-mc-1-TJC-LLL**

**RBM INSURANCE, INC. d/b/a ALLIANCE
& ASSOCIATES FINANCIAL SERVICES, INC.,**

    **Defendant.**

_____

### Order Setting Hearing on Motions

The plaintiff is notified that a hearing will be held on **March 3, 2025, at 11:30 a.m. via the Zoom platform**. Plaintiff shall be prepared to discuss his Motions for Writ of Garnishment, docs. 2, 3, 4, and his Supplemental Briefing in Support of Motions for Writ of Garnishment, doc. 6. Specifically, the total judgment awarded to plaintiff and the outstanding balance on that judgment plaintiff seeks to garnish. *See* docs. 1-1, 1-2.[1] Lead counsel for plaintiff shall appear.

---

[1] Plaintiff registered a foreign judgment indicating the total judgment awarded as $158,552, docs. 1-1; 1-3. Plaintiff then filed three motions for writ of garnishment to collect on that judgment, docs. 2, 3, 4, that suggests the total judgment awarded is actually $158,902. Docs. 2 at 2; 3 at 2; 4 at 2. The motions also show the outstanding balance on the judgment as $160,875.74, docs. 2 at 2; 3 at 2, and $160,962.98, doc. 4 at 2. However, the proposed writs of garnishment indicate three different outstanding balances remain on the judgment: $161,633.64, docs. 2-1 at 2; 3-1 at 2, and $160,962.98 and $161,633.64, doc. 4-1 at 2.

The Clerk of Court is directed to separately email instructions for joining the video conference to the required participants. Should counsel be unable to appear via Zoom, with 24 hours advance notice to the undersigned's courtroom deputy, they may appear telephonically and must call the Court's teleconferencing service at 1-855-244-8681. In the event counsel is granted the ability to appear telephonically, they shall call at least ten minutes before the hearing is scheduled to begin. The access code is 23013036637.

All participants are reminded that, under Local Rule 5.01, Middle District of Florida Local Rules, no one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video. Additionally, all participants involved in the proceeding are expected to dress appropriately

**Ordered** in Jacksonville, Florida, on February 21, 2025

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Zachary Z. Zermay, Esquire