United States District Court
Middle District of Florida
Jacksonville Division

**JOSHUA CACHO,**

    Plaintiff,

v.                                                                                    NO. 3:25-mc-1-TJC-LLL

**RBM INSURANCE, INC.,**

    Defendant.

---

### Clerk's Minutes

Proceeding: Hearing on Plaintiff's Motion for Writ of Garnishment, After Judgment, and Memorandum of Law as to Bank of America, N.A., doc. 2, Plaintiff's Motion for Writ of Garnishment, After Judgment, And Memorandum of Law as to First Federal Bank, doc. 3, and Plaintiff's Motion for Writ of Garnishment, After Judgment, and Memorandum of Law as to Patriot Growth Insurance Services, LLC, doc. 4.

| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 3/3/2025<br>11:49 a.m. – 11:57 a.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Zachary Zermay, Esquire | Counsel for Defendant | None |

Motion hearing held via Zoom. Court heard from plaintiff's counsel regarding the pending motions.

Plaintiff's Motion for Writ of Garnishment, After Judgment, and Memorandum of Law as to Bank of America, N.A., doc. 2, is **denied without prejudice**.

Plaintiff's Motion for Writ of Garnishment, After Judgment, And Memorandum of Law as to First Federal Bank, doc. 3, is **denied without prejudice**.

Plaintiff's Motion for Writ of Garnishment, After Judgment, and Memorandum of Law as to Patriot Growth Insurance Services, LLC, doc. 4, is **denied without prejudice**.

**Order to enter**.